## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHELENE LOUIS on behalf of herself and all others similarly situated, | Civil Case No.: _____ |
| Plaintiff(s), | **CIVIL ACTION** |
| -against- | **CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |
| AMIT DESHMUKH, ESQ. d/b/a DESH LAW, LLC; and JOHN DOES 1-25, | |
| Defendant(s). | |

### LOCAL CIVIL RULE 10.1 STATEMENT

The mailing addresses of the parties to this action are:

Cathelene Louis
1669 Walker Avenue, Apt. C
Union, New Jersey 07083

AMIT DESHMUKH, ESQ. d/b/a DESH LAW, LLC
29 Columbia Turnpike, Suite 302
Florham Park, New Jersey 07932

Plaintiff, CATHELENE LOUIS (hereinafter "LOUIS" or "Plaintiff") on behalf of herself and all others similarly situated (hereinafter "Plaintiffs") by and through her undersigned attorneys, alleges against the above-named Defendants, AMIT DESHMUKH, ESQ. d/b/a DESH LAW, LLC (hereinafter "DESH LAW"), and John Does 1-25, collectively ("Defendants") their employees, agents, and successors the following:

### PRELIMINARY STATEMENT

1.     Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation of 15 U.S.C. § 1692 *et seq*., the Fair Debt Collection

Practices Act (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.  This is an action for violations of 15 U.S.C. § 1692 *et seq*.

3.     Venue is proper in this district under 28 U.S.C. §1391(b)(2) because the acts and transactions that give rise to this action occurred, in substantial part, in this district.

## DEFINITIONS

4.     As used in reference to the FDCPA, the terms "creditor," "communication" "consumer," "debt," and "debt collector" are defined in § 803 of the FDCPA and 15 U.S.C. § 1692a.

## PARTIES

5.     The FDCPA, 15 U.S.C. § 1692 *et seq.*, which prohibits certain debt collection practices provides for the initiation of court proceedings to enjoin violations of the FDCPA and to secure such equitable relief as may be appropriate in each case.

6.     Plaintiff, LOUIS, is a natural person and a resident of Union County, State of New Jersey, and is a "Consumer" as defined by 15 U.S.C. § 1692a(3).

7.     DESH LAW is a domestic limited liability company with its principal place of business at 29 Columbia Turnpike, Suite 302, Florham Park, New Jersey 07932.

8.      DESH LAW is a domestic law firm with its principal place of business at 29 Columbia Turnpike, Suite 302, Florham Park, New Jersey 07932.

9.      Upon information and belief, Defendant DESH LAW is a law firm that uses the mail, telephone, and facsimile and regularly engages in business the principal purpose of which is to attempt to collect debts alleged to be due another.

10.     Defendant DESH LAW is a "Debt Collector" as that term is defined by 15 U.S.C. §1692(a)(6).

11.     John Does 1-25, are fictitious names of individuals and businesses alleged for the purpose of substituting names of defendants whose identities will be disclosed in discovery and should be made parties to this action

## CLASS ACTION ALLEGATIONS

12.     Plaintiff brings this action as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure (hereinafter "FRCP"), on behalf of herself and all consumers and their successors in interest (the "Class"), who were sent debt collection letters and/or notices from DESH LAW which are in violation of the FDCPA, as described in this Complaint.

13.     This Action is properly maintained as a statewide class action. The Class consists of:

> All New Jersey consumers who were sent collection letters and/or a Complaint from DESH LAW, attempting to collect debt(s) allegedly owed to another, which included the alleged conduct and practices described herein.
>
> The class definition may be subsequently modified or refined.
>
> The Class period begins one year to the filing of this Action.

14.     The Class satisfies all the requirements of Rule 23 of the FRCP for maintaining a class action:

15.     Upon information and belief, the Class is so numerous that joinder of all members is impracticable because there are hundreds and/or thousands of persons who were sent debt collection letters and/or notices from Defendants that violate specific provisions of the FDCPA. Plaintiff is complaining of a standard form letter and/or notice that is sent to hundreds of persons;

16.     There are questions of law and fact which are common to the Class and which predominate over questions affecting any individual Class member.   These common questions of law and fact include, without limitation:

   a.     Whether Defendants violated various provisions of the FDCPA;

   b.     Whether Plaintiff and the Class have been injured by Defendants' conduct;

   c.     Whether Plaintiff and the Class have sustained damages and are entitled to restitution as a result of Defendants' wrongdoing and if so, what is the proper measure and appropriate statutory formula to be applied in determining such damages and restitution; and

   d.     Whether Plaintiff and the Class are entitled to declaratory and/or injunctive relief.

17.     Plaintiff's claims are typical of the Class, which all arise from the same operative facts and are based on the same legal theories.

18.     Plaintiff has no interest adverse or antagonistic to the interest of the other members of the Class.

19.    Plaintiff will fairly and adequately protect the interest of the Class and has retained experienced and competent attorneys to represent the Class.

20.    A Class Action is superior to other methods for the fair and efficient adjudication of the claims herein asserted. Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

21.    A Class Action will permit large numbers of similarly situated persons to prosecute their common claims in a single forum simultaneously and without the duplication of effort and expense that numerous individual actions would engender.  Class treatment will also permit the adjudication of relatively small claims by many Class members who could not otherwise afford to seek legal redress for the wrongs complained of herein. Absent a Class Action, class members will continue to suffer losses of statutory protected rights as well as monetary damages.  If Defendant's conduct is allowed proceed without remedy they will continue to reap and retain the proceeds of their ill-gotten gains.

22.    Defendants have acted on grounds generally applicable to the entire Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.


**FACTUAL ALLEGATIONS**

23.    On or before May 22, 2021, Plaintiff incurred a financial obligation to Jack Zuber, DDS ("Zuber").

24.    The ZUBER obligation arose out of a transaction in which money, property, insurance or services, which are the subject of the transaction, are primarily for personal, family or household purposes.

25.     The ZUBER obligation arose out of a transaction, which was for non-business purposes.

26.     ZUBER is a "creditor" as defined by 15 U.S.C. § 1692a(4).

27.     The ZUBER obligation is a "debt" as defined by 15 U.S.C § 1692a(5).

28.     Plaintiff at all times relevant to this lawsuit was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

29.     On or before May 22, 2021, ZUBER placed and/or referred the ZUBER obligation with DESH LAW for the purpose of collection.

30.     At the time ZUBER placed and/or referred the ZUBER obligation with DESH LAW for the purpose of collection, such obligation was past due.

31.     At the time ZUBER placed and/or referred the ZUBER obligation with DESH LAW for the purpose of collection, such obligation was in default.

32.     On or about May 22, 2021, DESH LAW commenced an action against Plaintiff in Superior Court of New Jersey, Law Division – Union County entitled: *Jack Zuber, DDS v Cathelene Louis*, DC-004626-21 related to the ZUBER obligation.

33.     Prior to commencing the lawsuit against Plaintiff, DESH LAW reviewed the completed file supplied by ZUBER.

34.     DESH LAW'S review of the Plaintiff's file prior to the commencing the lawsuit included review of the Account Transactions Report and the Office Payment Policy of ZUBER, signed by Plaintiff and dated September 7, 2007.

35.     On or before My 24, 2021, Plaintiff was served with a Summons and Complaint concerning the ZUBER obligation.  A copies of said Summons and Complaint are annexed hereto as Exhibit A, except that the undersigned attorney has, in accordance with

Fed. R. Civ. P. 5.2 partially redacted the financial account numbers in an effort to protect Plaintiff's privacy.

36.    The Summons and Complaint are "communications" as defined by 15 U.S.C. § 1692a(2).

37.    The Summons and Complaint stated the following, in relevant part:

| | |
|---|---|
| Demand Amount | $3691.01 |
| Filing Fee | $75.00 |
| Service Fee | $7.00 |
| Attorney's Fee | $88.88 |
| **TOTAL** | **$3861.88** |

38.    Upon receipt, Plaintiff read the Summons and Complaint.

39.    As of May 22, 2021, Plaintiff did not owe ZUBER $3861.89.

40.    As of May 22, 2021 Plaintiff owed ZUBER an amount less than $3861.89.

41.    DESH LAW included a collection fee in the "Demand Amount" stated in the May 22, 2021 Summons and Complaint.

42.    As of May 22, 2021, Plaintiff did not owe a collection fee to ZUBER.

43.    Plaintiff did not agree to pay collection fees.

44.    The agreement between ZUBER and Plaintiff, do not provide for a collection fee.

45.    The OFFICE PAYMENT POLICY agreed to and signed by Plaintiff, did not authorize collection fees.

46.    At the time DESH LAW commenced the lawsuit, Plaintiff did not owe ZUBER collection fees.

47.    At the time DESH LAW commenced the lawsuit against Plaintiff, ZUBER had not been awarded collection fees by any Court in any jurisdiction, relating to the debt.

48.    Upon information and belief, members of the class have made payment of collection fees, which were not due and owing.

49.    On July 13 , 2021, the undersigned attorney on behalf of Plaintiff, filed a notice of appearance in the state court matter together with a Consent Order vacating the default.

50.    On July 13, 2021 DESH LAW in response to a request for verification of the Demand Amount stated in the Summons and Complaint, provided the documents annexed hereto as Exhibit B.

51.    The documents provided as Exhibit B, includes the OFFICE PAYMENT POLICY, signed by Plaintiff and the ACCOUNT TRANSACTIONS from June 5, 2015 to December 10, 2018.

52.    The "ACCOUNT TRANSACTIONS" list a least one COLLECTION FEE.

53.    The last entry on the ACCOUNT TRANSACTION is dated December 10, 2018 and listed as COLLECTION FEE in the amount of $50.00.

54.    The December 18, 2018 COLLECTION FEE was included in the balance of $3,691.00.

55.    . The December 18, 2018 COLLECTION FEE was included the "Demand Amount" list Summons and Complaint of $3,691.01

56.    Within the period beginning on the day one year prior to the date this Complaint is filed to the present, DESH LAW sent collection letters/notices and/or a Complaint attempting to collect debts to more than 40 consumers residing within the State of New Jersey attempting to collect fees not authorized the agreements creating the alleged debts or permitted by law..

57.     DESH LAW's actions as described herein are part of a pattern and practice used to collect consumer debts.

58.     DESH LAW could have taken the steps necessary to bring its actions within compliance with the FDCPA, but neglected to do so and failed to adequately review its actions to ensure compliance with the law.

## POLICIES AND PRACTICES COMPLAINED OF

59.     It is DESH LAW's policy and practice to send initial written collection communications, in the form annexed hereto that violate the FDCPA, by *inter alia*:

   a.     Falsely representing the character, amount, or legal status of any debt;

   b.     Using false, deceptive or misleading representations or means in connection with the collection of any debt;

   c.     Using unfair or unconscionable means to collect or attempt to collect any debt;

   d.     Attempting to collect collection fees when no such fees were due pursuant to agreement creating the obligation or permitted by law;

   e.     Depriving consumers of their right to receive the necessary and accurate information as to the true amount of the alleged debt;

   f.     Depriving consumers of their right to receive the informational content as to amount of potential additional costs;

   g.     Depriving consumers of their right to receive the necessary and accurate information as to the true character, amount, and legal status of the alleged debt; and

**h.**    Causing consumers to suffered a risk of economic injury.

## COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692e et seq.

60.    Plaintiff repeats the allegations contained in paragraphs 1 through 59 as if the same were set forth at length herein.

61.    Collection communications such as those sent by DESH LAW are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

62.    DESH LAW violated 15 U.S.C. § 1692 *et seq*. of the FDCPA in connection with its communications to Plaintiff and others similarly situated.

63.    15 U.S.C. § 1692e prohibits a debt collector from using false, deceptive or misleading representation or means in connection with the collection of any debt.

64.    DESH LAW violated 15 U.S.C. § 1692e of the FDCPA by using  false, deceptive, misleading representations and means in connection with its attempts to collect the alleged debt from Plaintiff and others similarly situated.

65.    Plaintiff suffered an informational injury due to DESH LAW violation of 15 U.S.C. § 1692e of the FDCPA in connection with its communications to Plaintiff.

66.    Plaintiff suffered a risk of economic injury due to DESH LAW violation of 15 U.S.C. § 1692e of the FDCPA in connection with its communications to Plaintiff.

67.    15 U.S.C. § 1692e(2)(A) provides that a debt collector may not falsely represent the …amount, or legal status of any debt.

68.     DESH LAW violated 15 U.S.C. §1692e(2)(A) by including an amount for collection fees in the "Demand Amount" listed in the Summons and Complaint, when no such amount was due at the time DESH LAW commenced the lawsuit.

69.     DESH LAW violated 15 U.S.C. §1692e(2)(A) by falsely representing the amount of the debt in the Summons and Complaint.

70.     15 U.S.C. § 1692e(10) prohibits a debt collector from using any false representation or deceptive means to collect or attempt to collect any debt.

71.     DESH LAW violated 15 U.S.C. § 1692e(10) by including an amount for collection fees in the "Demand Amount" listed in the Summons and Complaint when no fees were due at the time the lawsuit was commenced.

72.     DESH LAW violated 15 U.S.C. § 1692e(10) by including an amount for collection fees in the "Demand Amount" listed in the Summons and Complaint when no such fees were due.

## COUNT II

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692f et seq.

73.     Plaintiff repeats the allegations contained in paragraphs 1 through 72 as if the same were set forth at length herein.

74.     15 U.S.C. § 1692f prohibits debt collectors from using unfair or unconscionable means to collect or attempt to collect any debt

75.     DESH LAW violated 15 U.S.C. § 1692f et seq. of the FDCPA in connection with its communications to Plaintiff and others similarly situated.

76.     15 U.S.C. § 1692f(1) prohibits debt collectors from collecting any amount unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

77.     By including an amount for collection fees in the "Demand Amount" listed in the Summons and Complaint, when no such fees were owed, DESH LAW used unfair or unconscionable means to collect or attempt to collect any debt from Plaintiff and others similarly situated, in violation of 15 U.S.C. § 1692f(1).

78.     By including an amount for collection fees in the "Demand Amount" listed in the Summons and Complaint, when no such fees are expressly authorized by the agreement creating the debt or permitted by law,  DESH LAW used unfair or unconscionable means to collect or attempt to collect any debt from Plaintiff and others similarly situated, in violation of 15 U.S.C. § 1692f(1).

79.     Plaintiff suffered an informational injury due to DESH LAW's violation of 15 U.S.C. § 1692f and § 1692f(1) of the FDCPA in connection with its communications to Plaintiff.

80.     Plaintiff suffered a risk of economic injury due to DESH LAW's violation of 15 U.S.C. § 1692f and § 1692f(1) of the FDCPA in connection with its communications to Plaintiff.

81.     Congress enacted the FDCPA in part to eliminate abusive debt collection practices by debt collectors.

82.     Plaintiff and others similarly situated have a right to free from abusive debt collection practices by debt collectors.

83.    Plaintiff and others similarly situated have a right to receive proper notices mandated by the FDCPA.

84.    Plaintiff and others similarly situated were sent letters and/or Complaints, which have the propensity to affect their decision-making with regard to the debt.

85.    Plaintiff and others similarly situated have suffered harm as a direct result of the abusive, deceptive and unfair collection practices described herein.

86.    Plaintiff has suffered damages and other harm as a direct result of Defendants' actions, conduct, omissions and violations of the FDCPA described herein.

**WHEREFORE,** Plaintiff demands judgment against DESH LAW as follows:

(a)    Declaring that this action is properly maintainable as a Class Action and certifying Plaintiff as Class representative and, Joseph K. Jones, Esq., and Benjamin J. Wolf, Esq., as Class Counsel;

(b)    Issuing a preliminary and/or permanent injunction restraining Defendants, their employees, agents and successors from, *inter alia,* engaging in conduct and practices that are in violation of the FDCPA;

(c)    Issuing a declaratory Order requiring Defendants to make corrective disclosures;

(d)    Awarding Plaintiff and the Class statutory damages;

(e)    Awarding Plaintiff and the Class actual damages;

(f)    Awarding Plaintiff costs of this Action, including reasonable attorneys' fees and expenses;

(g)    Awarding pre-judgment interest and post-judgment interest; and

(h)     Awarding Plaintiff and the Class such other and further relief as this Court may deem just and proper.

Dated: Fairfield, New Jersey
          November 9, 2021

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com

*/s/ Benjamin J. Wolf*
Benjamin J. Wolf, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
bwolf@legaljones.com

*Attorneys for Plaintiff*

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby requests a trial by jury on all issues so triable.

*/s/ Joseph K. Jones*
Joseph K. Jones

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 11.2</u>

I, Joseph K. Jones, the undersigned attorney of record for Plaintiff, do hereby certify to my own knowledge and based upon information available to me at my office, the matter in controversy is not the subject of any other action now pending in any court or in any arbitration or administrative proceeding.

Dated: November 9, 2021

*/s/ Joseph K. Jones*
Joseph K. Jones

# Exhibit

# A

| Court's Address and Phone Number:<br>UNION Special Civil Part<br>2 BROAD STREET, THIRD FLOOR<br>ELIZABETH, NJ 07207-0000<br><br>908-787-1650 ext.22160 | Superior Court of New Jersey<br>Law Division, Special Civil Part<br>UNION County<br>Docket No: UNN-DC-004626-21<br><br>Civil Action<br>CONTRACT DISPUTE |
| --- | --- |



## YOU ARE BEING SUED!

| **Person or Business Suing You (Plaintiff)**<br>Jack Zuber, DDS | **Person or Business Being Sued (Defendant)**<br>Cathelene Louis |
| --- | --- |
| **Plaintiff's Attorney Information**<br>AMIT DESHMUKH<br>DESH LAW<br>29 COLUMBIA TPKE STE 302<br>FLORHAM PARK, NJ 07932-0000<br>973-845-9912 | **The Person or Business Suing You Claims You Owe the Following:** |

| The Person or Business Suing You Claims You Owe the Following: | |
| --- | --- |
| Demand Amount | $3691.01 |
| Filing Fee | $75.00 |
| Service Fee | $7.00 |
| Attorney's Fees | $88.88 |
| **TOTAL** | **$3861.89** |

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 07/06/2021, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include UNN-DC-004626-21 (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before **07/06/2021**.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **07/06/2021**.

**Please Note - You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 908-354-4340. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 908-353-4715. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Michelle M. Smith

Clerk of the Superior Court

# Amit Deshmukh, Esq.
ATTORNEY AT LAW
29 Columbia Turnpike, Suite 302
Florham Park, NJ 07932

———

TELEPHONE (973) 845-9912
FAX (973) 845-9909

May 22, 2021

Dear Clerk:

Enclosed please find a complaint.

Kindly file the Complaint and serve the Summons and Complaint upon the defendant(s)

Very truly yours,

   /s/ Amit Deshmukh
Amit Deshmukh, Esq



**FORM A**

| | |
|---|---|
| Jack Zuber, DDS | **Superior Court of New Jersey** |
| *Plaintiff's Name* | **Law Division, Special Civil Part** |
| 251 Morris Ave 2nd Floor | **UNION COUNTY** |
| *Street Address* | Docket Number _____ |
| Springfield, NJ, 07081 | |
| *City, State, Zip* | |
| 973-379-1110 | |
| *Telephone Number* | |
| | |
| Cathelene Louis | **Civil Action** |
| *Defendant's Name* | |
| ████████████████ | **Complaint** |
| *Street Address* | |
| ██████████ | |
| *City, State, Zip* | |
| ████████ | |
| *Telephone Number* | |

Type or Print the reasons you, the Plaintiff(s), are suing the defendants(s):(See instruction B)
Attach additional sheets if necessary.

Defendant did not comply with written and/or oral contract.

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $      3691.01, Plus costs.

At the trial Plaintiff will need:
An Interpreter:                    [ ]  Yes  [X]  No,  Indicate Language _____

An Accommodation for a disability: [ ]  Yes  [X]    No

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

May 22, 2021                              ____/s/  Amit Deshmukh_____
                                                    Signature.
                                          Amit Deshmukh, Esq. for
                                          Jack Zuber, DDS

# Exhibit

# B

Amit Deshmukh, Esq
*Attorney At Law*
29 Columbia Tnpk, Suite 302
Florham Park, NJ 07932
NYC DCA LIC. 2085386

Phone: (973)845-9912                                                                Fax: (973)845-9909

Louis, Cathelene

████████████████

July 13, 2021

Creditor ................: Jack Zuber, DDS
Account# ..............: █████
Client Account# ....: DC-004626-21

**BALANCE ..................: $3539.89**

Dear Cathelene Louis ,

    As per your request, we have enclosed the information that you requested.  If this account has been paid please forward proof of payment to our office so we may clear up this matter.  If not, you should contact this office so that payment arrangements may be made and any further action may be stopped.  Send a check or money order to Amit Deshmukh, Esq, 29 Columbia Tnpk, Suite 302, Florham Park, NJ 07932.

    It is suggested that this matter be given your prompt attention and that you communicate with the undersigned as soon as possible.

Yours Truly,

Amit Deshmukh, Esq.

*This is an attempt to collect a debt.  Any information obtained will be used for that purpose.*

Dec 10 18, 05:13p        JACK J ZUBER, DDS                    973 379 1128              p.2

# OFFICE PAYMENT POLICY

Our mission is to deliver the finest, most cost effective dental treatment available today.
Following diagnosis the doctor will advise you of our plan for treatment. Additionally,
we will discuss with you the cost of today's and future treatments.

Payment for today's visit and your future visits is due at the time of treatment. If you
have insurance we will submit claims for you, but co-payments and deductibles are due at
the time of service. We are sensitive to the fact that some people may not be able to pay
cash for their treatment, therefore we offer several alternative payment programs for your
convenience.

1. Cash or Check

2. Mastercard/Visa or American Express

3. Monthly Payment Plan through Care Credit – This is a line of credit used solely
   be health care providers and does not in any way affect the balances of your other
   credit cards. There is no annual fee and monthly payment need only be 3% of the
   monthly outstanding balance. You may also be eligible for a deferred interest
   plan for 3 months to 12 months or more depending on your balance.
   It takes only a few minutes to process an application. We are more than happy to
   answer any questions you may have regarding this monthly payment plan.

   Please indicate below the form of payment you wish to use to settle your account:

   (X) Cash or Check

   ( ) Visa/Mastercard or American Express

   ( ) Care Credit – If you choose this option, please ask to complete an application.

   Please note that any account that is more than 60 days overdue, regardless of
   payment option, will be assessed a 1 ½ % finance charge per month. We
   appreciate your consideration of this.

OFFICE CANCELLATION POLICY: An appointment is time "reserved" for you. We
will do our best to respect your time and ask that you do the same for our practice.
**If you need to cancel or change an appointment,** we request 48 hours notice.
Insufficient notice to cancel or change an appointment may result in a fee.

_Cathelene . Louis_                          9-13-07

Signature of patient or responsible party                date

*Dr. Jack J. Zuber*
*Implant, Cosmetic & Family Dental Center*
*251 Morris Avenue-2nd Floor*
*Springfield, NJ 07081*
*(973)379-1110 x*
*DrZuber@aol.com*

## ACCOUNT TRANSACTIONS
### From 06/05/15 to 12/10/18

**Account:**    ( 335900) Cathelene Louis

| Date | Patient | ID | Code | DS | Dr | * | T | Surf | Description | Prod. | Charges | Chg Adj | Payment | Pay Adj | Balance |
|------|---------|-----|------|-----|-----|---|---|------|-------------|-------|---------|---------|---------|---------|---------|
| | | | | | | | | | Previous Balance | | | | | | |
| 06/05/15 | Cathelene | 335901 | 210 | 1 | 1 | A | | | | | | | | | 0.00 |
| 06/05/15 | Cathelene | 335901 | 140 | 1 | 1 | A | | | | 138.00 | | | | | 138.00 |
| 06/05/15 | Cathelene | 335901 | 470 | 1 | 1 | A | | | | 78.00 | | | | | 216.00 |
| 06/05/15 | Cathelene | 335901 | 7140 | 1 | 1 | A | 06 | | | 95.00 | | | | | 311.00 |
| 06/05/15 | Cathelene | 335901 | 7140 | 1 | 1 | A | 07 | | | 230.00 | | | | | 541.00 |
| 06/05/15 | Cathelene | 335901 | 7140 | 1 | 1 | A | 11 | | | 230.00 | | | | | 771.00 |
| 06/05/15 | Cathelene | 335901 | 1 | 1 | 1 | A | | | | 230.00 | | | | | 1001.00 |
| 06/05/15 | Cathelene | 335901 | 5216 | 1 | 1 | A | | UA | | | | | 100.00 | | 901.00 |
| 06/09/15 | Cathelene | 335901 | 4355 | 1 | 1 | A | | | | 375.00 | | | | | 1276.00 |
| 06/09/15 | Cathelene | 335901 | 4110 | 1 | 1 | A | | FM | | 165.00 | | | | | 1441.00 |
| 06/09/15 | Cathelene | 335901 | 150 | 1 | 1 | A | | | | | | | | | 1441.00 |
| 06/09/15 | Cathelene | 335901 | 470 | 1 | 1 | A | | | | 88.00 | | | | | 1529.00 |
| 06/09/15 | Cathelene | 335901 | 471 | 1 | 1 | A | | | | | | | | | 1529.00 |
| 06/12/15 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 1529.00 |
| 06/19/15 | Cathelene | 335901 | 4342 | 1 | 1 | A | 01 | | | 210.00 | | | | | 1739.00 |
| 06/19/15 | Cathelene | 335901 | 4342 | 1 | 1 | A | 16 | | | 210.00 | | | | | 1949.00 |
| 06/19/15 | Cathelene | 335901 | 5100 | 1 | 1 | A | | | | | | | | | 1949.00 |
| 06/19/15 | Cathelene | 335901 | 4381 | 1 | 1 | A | 01 | | | 340.00 | | | | | 2289.00 |
| 06/23/15 | Cathelene | 335901 | 5213 | 1 | 1 | A | | | | 1960.00 | | | | | 4249.00 |
| 06/23/15 | Cathelene | 335901 | 5102 | 1 | 1 | A | | | | | | | | | 4249.00 |
| 06/29/15 | Cathelene | 335901 | 1 | 1 | | A | | | | | | | 300.00 | | 3949.00 |
| 07/07/15 | Cathelene | 335901 | 11 | 1 | | A | | | | | | | 210.00 | | 3739.00 |
| 07/07/15 | Cathelene | 335901 | 5104 | 1 | | A | | | | | | | 500.00 | | 3239.00 |
| 07/10/15 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 3239.00 |
| 07/17/15 | Cathelene | 335901 | 11 | 1 | | A | | | | | | | | | 3239.00 |
| 07/21/15 | Cathelene | 335901 | 4 | 1 | | A | | | | | | | 1000.00 | | 2239.00 |
| 09/08/15 | Cathelene | 335901 | 2 | 1 | | A | | | | | | | | | 2239.00 |
| 09/11/15 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2239.00 |
| 10/09/15 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2239.00 |
| 11/06/15 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2239.00 |

Transactions continued on next page...

Current Dental Terminology (CDT) © 2013 American Dental Association (ADA). All rights reserved.

*created by: PATTY*

12/10/18  04:56p

*Dr. Jack J. Zuber*
*Implant, Cosmetic & Family Dental Center*
*251 Morris Avenue-2nd Floor*
*Springfield, NJ 07081*
*(973)379-1110 x*
*DrZuber@aol.com*

## ACCOUNT TRANSACTIONS
### From 06/05/15 to 12/10/18

**Account:**    (   335900) Cathelene Louis

| Date | Patient | ID | Code | D$ | Dr | * T | Surf | Description | Prod. | Charges | Chg Adj | Payment | Pay Adj | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/15 | Account | 335900 | 99 | 1 | 1 A | | | | | 4.18 | | | | 2243.18 |
| 12/04/15 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2243.18 |
| 12/31/15 | Account | 335900 | 99 | 1 | 1 A | | | | | 4.18 | | | | 2247.36 |
| 12/31/15 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2247.36 |
| 01/29/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 33.58 | | | | 2280.94 |
| 01/29/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2280.94 |
| 02/06/16 | Cathelene | 335901 | 5104 | 1 | 1 A | | | | | | | | | 2280.94 |
| 02/06/16 | Cathelene | 335901 | 9311 | 1 | 1 A | | | | | | | | | 2280.94 |
| 02/16/16 | Cathelene | 335901 | 94 | 1 | 1 A | | | | | | | | | 2280.94 |
| 02/25/16 | Account | 335900 | 61 | 1 | 1 A | | | COLLECTION FEE | | 50.00 | | | | 2330.94 |
| 02/26/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 33.64 | | | | 2364.58 |
| 02/26/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2364.58 |
| 02/26/16 | Cathelene | 335901 | 9311 | 1 | 1 A | | | | | | | | | 2364.58 |
| 02/26/16 | Cathelene | 335901 | 11 | 1 | A | | | | | | | 200.00 | | 2164.58 |
| 03/25/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 30.71 | | | | 2195.29 |
| 03/25/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2195.29 |
| 04/22/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 31.21 | | | | 2226.50 |
| 04/22/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2226.50 |
| 05/20/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 32.46 | | | | 2258.96 |
| 05/20/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2258.96 |
| 06/17/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 32.92 | | | | 2291.88 |
| 06/17/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2291.88 |
| 07/15/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 33.39 | | | | 2325.27 |
| 07/15/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2325.27 |
| 08/10/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 33.88 | | | | 2359.15 |
| 08/10/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2359.15 |
| 09/09/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 34.37 | | | | 2393.52 |
| 09/09/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2393.52 |
| 10/07/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 34.87 | | | | 2428.39 |
| 10/07/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2428.39 |
| 11/04/16 | Account | 335900 | 99 | 1 | 1 A | | | | | 35.38 | | | | 2463.77 |
| 11/04/16 | Account | 335900 | 103000 | 1 | 0 A | | | | | | | | | 2463.77 |

Transactions continued on next page...

Current Dental Terminology (CDT) © 2013 American Dental Association (ADA). All rights reserved.

*created by: PATTY*

12/10/18  04:56p

*Dr. Jack J. Zuber*
*Implant, Cosmetic & Family Dental Center*
*251 Morris Avenue-2nd Floor*
*Springfield, NJ 07081*
*(973)379-1110 x*
*DrZuber@aol.com*

## ACCOUNT TRANSACTIONS
### From 06/05/15 to 12/10/18

**Account:**    ( 335900) Cathelene Louis

| Date | Patient | ID | Code | DS | Dr | * | T | Surf | Description | Prod. | Charges | Chg Adj | Payment | Pay Adj | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02/16 | Account | 335900 | 99 | 1 | 1 | A | | | | | 35.90 | | | | 2499.67 |
| 12/02/16 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2499.67 |
| 12/30/16 | Account | 335900 | 99 | 1 | 1 | A | | | | | 36.42 | | | | 2536.09 |
| 12/30/16 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2536.09 |
| 01/27/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 36.95 | | | | 2573.04 |
| 01/27/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2573.04 |
| 02/24/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 37.49 | | | | 2610.53 |
| 02/24/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2610.53 |
| 03/24/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 38.04 | | | | 2648.57 |
| 03/24/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2648.57 |
| 04/21/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 38.59 | | | | 2687.16 |
| 04/21/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2687.16 |
| 05/19/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 39.15 | | | | 2726.31 |
| 05/19/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2726.31 |
| 06/16/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 39.72 | | | | 2766.03 |
| 06/16/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2766.03 |
| 07/14/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 40.30 | | | | 2806.33 |
| 07/14/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2806.33 |
| 08/09/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 40.89 | | | | 2847.22 |
| 08/09/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2847.22 |
| 09/08/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 41.49 | | | | 2888.71 |
| 09/08/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2888.71 |
| 10/06/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 42.09 | | | | 2930.80 |
| 10/06/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2930.80 |
| 11/03/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 42.70 | | | | 2973.50 |
| 11/03/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 2973.50 |
| 12/01/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 43.33 | | | | 3016.83 |
| 12/01/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 3016.83 |
| 12/29/17 | Account | 335900 | 99 | 1 | 1 | A | | | | | 43.96 | | | | 3060.79 |
| 12/29/17 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 3060.79 |
| 01/26/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | 44.60 | | | | 3105.39 |
| 01/26/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | | | | | 3105.39 |

Transactions continued on next page...

Current Dental Terminology (CDT) © 2013 American Dental Association (ADA). All rights reserved.

created by: PATTY

12/10/18  04:56p

*Dr. Jack J. Zuber*
*Implant, Cosmetic & Family Dental Center*
*251 Morris Avenue-2nd Floor*
*Springfield, NJ 07081*
*(973)379-1110 x*
*DrZuber@aol.com*

## ACCOUNT TRANSACTIONS
### From 06/05/15 to 12/10/18

**Account:**     (   335900) Cathelene Louis

| Date | Patient | ID | Code | DS | Dr | * | T | Surf | Description | Prod. | Charges | Chg Adj | Payment | Pay Adj | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | |
| 02/23/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 45.25 | | | | 3150.64 |
| 03/23/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3150.64 |
| 03/23/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 45.91 | | | | 3196.55 |
| 04/20/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3196.55 |
| 04/20/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 46.58 | | | | 3243.13 |
| 05/18/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3243.13 |
| 05/18/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 47.25 | | | | 3290.38 |
| 06/15/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3290.38 |
| 06/15/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 47.94 | | | | 3338.32 |
| 07/13/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3338.32 |
| 07/13/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 48.64 | | | | 3386.96 |
| 08/10/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3386.96 |
| 08/10/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 49.35 | | | | 3436.31 |
| 09/07/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3436.31 |
| 09/07/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 50.07 | | | | 3486.38 |
| 10/05/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3486.38 |
| 10/05/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 50.80 | | | | 3537.18 |
| 11/02/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3537.18 |
| 11/02/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 51.54 | | | | 3588.72 |
| 11/30/18 | Account | 335900 | 99 | 1 | 1 | A | | | | | | | | | 3588.72 |
| 11/30/18 | Account | 335900 | 103000 | 1 | 0 | A | | | | | 52.29 | | | | 3641.01 |
| 12/10/18 | Account | 335900 | 61 | 1 | 1 | A | | | COLLECTION FEE | | | | | | 3641.01 |
| | | | | | | | | | | | 50.00 | | | | 3691.01 |

Current Dental Terminology (CDT) © 2013 American Dental Association (ADA). All rights reserved.

*12/10/18 04:56p*

Dec 10 18, 05:14p    JACK J ZUBER, DDS    973 379 1128    p.7

*Dr. Jack J. Zuber*
*Implant, Cosmetic & Family Dental Center*
*251 Morris Avenue-2nd Floor*
*Springfield, NJ 07081*
*(973)379-1110 x*
*DrZuber@aol.com*

## ACCOUNT TRANSACTIONS
### From 06/05/15 to 12/10/18

**Account:**    (  335900) Cathelene Louis

| Date | Patient | ID | Code | DS | Dr | * | T | Surf | Description | Prod. | Charges | Chg Adj | Payment | Pay Adj | Balance |
|------|---------|----|----- |----|----|---|---|------|-------------|-------|---------|---------|---------|---------|---------|
| | | | | | | | | | **ACCOUNT TOTALS** | 4349.00 | 1652.01 | 0.00 | 2310.00 | 0.00 | 3691.01 |

Total Tax on productions and charges:    $0.00

**The above totals reflect only those transactions during the dates selected.

The full account balance is:    $3,691.01.

Account BP Balance:    $0.00

Current Dental Terminology (CDT) © 2013 American Dental Association (ADA). All rights reserved.

*created by: PATTY*

*Page 5 of 5*

12/10/18  04:56p