## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHELENE LOUIS, on behalf of herself and all others similarly situated;<br><br>        Plaintiffs,<br><br>        -against-<br><br>AMIT DESHMUKH, ESQ. d/b/a DESH LAW, LLC; and JOHN DOES 1-25.<br><br>        Defendants. | Civil Case Number: 2:21-cv-19902 (CCC)(CLW)<br><br><u>**CIVIL ACTION**</u><br><br>**CONSENT JUDGMENT** |

This action having been commenced on November 10, 2021 by Plaintiff, CATHELENE LOUIS, by the filing of the Summons and Complaint [ECF No. 1]; and on July 27, 2022, Defendant's AMIT DESHMUKH, ESQ. d/b/a DESH LAW, LLC's ("Desh Law") Fed. R. Civ. P. §12(b)(6) motion was denied [ECF No. 31]; and that the parties completed court ordered mediation on August 22, 2022 settling this matter by way of a Consent Judgment, it is

**ORDERED, ADJUDGED AND DECREED**: that the Plaintiff have judgment against Defendant, DESH LAW, for the total amount of thirteen thousand and 00/100 ($13,000.00) dollars as follows:

(a)    Individual damages to Plaintiff in the amount of one thousand and 00/100 ($1,000.00) dollars pursuant to 15 U.S.C. §1692k[2][A]);

(b)    Attorney's fees and costs to Plaintiff's counsel, Jones, Wolf & Kapasi, LLC, in the amount of twelve thousand and 00/100 ($12,000.00) dollars pursuant to 15 U.S.C. §1692k[3]).

Dated: Fairfield, New Jersey
      October 6, 2022

/s/ Benjamin J. Wolf                           *Amit Deshmukh*
Benjamin J. Wolf, Esq.                 Amit Deshmukh, Esq.
Jones, Wolf & Kapasi, LLC            Desh Law, LLC
375 Passaic Avenue, Suite 100        29 Columbia Turnpike, Suite 302

Fairfield, New Jersey 07004                    Florham Park, New Jersey 07932
(973) 227 5900 telephone                       (973) 845-9912
*Attorneys for Plaintiffs*                     *Attorneys for Defendant, pro se*

SO ORDERED

    *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  10/31/2022